UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA VIALVA,<br><br>Plaintiff,<br><br>-against-<br><br>WELLS FARGO BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 1:26-cv-05413-LDH-MMH<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO WELLS FARGO BANK, N.A.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Andrea Vialva, through her undersigned counsel, Petroff Amshen LLP, hereby gives notice that the complaint against Defendant Wells Fargo Bank, N.A. is voluntarily dismissed without prejudice.

Dated: Brooklyn, New York
October 1, 2026

**PETROFF AMSHEN LLP**
*Attorneys for Plaintiff,*
Andrea Vialva

*/s/ Serge F. Petroff*
Serge F. Petroff, Esq.
1795 Coney Island Avenue, Third Floor
Brooklyn, New York 11230
Telephone: (718) 336-4200
Email: SPetroff@petroffamshen.com